[Cite as *07/08/2003 Case Announcements,* 2003-Ohio-3556.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *July 8, 2003*

### MERIT DECISIONS WITHOUT OPINIONS

**2003–0962. State v. Ray.**
Franklin App. No. 02AP–487. On review of order certifying a conflict. The court determines that no conflict exists. This cause is therefore dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

### MOTION AND PROCEDURAL RULINGS

**2003–0195. Greene v. Westfield Ins. Co.**
Stark App. No. 2002CA00126, 2002-Ohio-7210. On motion of appellant Travelers Casualty & Surety Co. to modify this court's decision in *Greene v. Westfield Ins. Co.* (2003), 98 Ohio St.3d 1561, 2003-Ohio-2242, 787 N.E.2d 1227. Motion denied.

LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., dissent.

**2003–0327. MARBEL Energy Corp. v. Zaino.**
Board of Tax Appeals, Nos. 1998–G–320, 1998–G–303 and 1998–G–304. On motion to vacate the decision and order of the Board of Tax Appeals and to remand the cause to the board. Motion granted.

**2003–0629. State ex rel. Saunders v. Indus. Comm.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of the motion for judgment on the pleadings of respondent Industrial Commission of Ohio and upon determination pursuant to S.Ct.Prac.R. X(5),

IT IS ORDERED by the court that the motion for judgment on the pleadings be, and hereby is, denied.

IT IS FURTHER ORDERED by the court, sua sponte, that an alternative writ be, and hereby is, granted and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X:

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file his brief within 10 days after the filing of evidence; respondents shall file their brief within 20 days after the filing of relator's brief; and relator may file a reply brief within 5 days after the filing of respondents' brief.

F.E. SWEENEY and O'DONNELL, JJ., dissent.

[Cite as *07/10/2003 Case Announcements,* 2003-Ohio-3623.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *July 10, 2003*

### MOTION AND PROCEDURAL RULINGS

**2003–0067. Thomson v. OHIC Ins. Co.**
Butler App. No. CA2002–03–055. This cause is pending before the court as an appeal from the Court of Appeals for Butler County. On June 23, 2003, appellants filed their merit brief, which included argument on behalf of appellee James Thomson, D.O. Whereas appellee James Thomson, D.O., has not perfected an appeal and is, therefore, not an appellant,

IT IS ORDERED by the court, sua sponte, that all references in appellants' merit brief to James Thomson, D.O., be, and hereby are, stricken.